## JEANETTE DELPHIA *v.* MICHAEL DELPHIA
### (12981)

FOTI, LAVERY and FREEDMAN, Js.

Argued June 13—decision released June 28, 1994

*John W. Callahan,* for the appellant (plaintiff).
*Joseph R. Crispino,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.